# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY R. SALAZAR,
                      Appellant,
vs.
THE STATE OF NEVADA; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; JAMES DZURENDA,
DIRECTOR; BRIAN WILLIAMS,
WARDEN; CASE WORKER BAKER;
AND DEPUTY DIRECTOR TRISTON,
                      Respondents.

No. 78309

FILED

APR 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an oral decision of the district court. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Review of the notice of appeal reveals a jurisdictional defect. The oral decision of the district court is ineffective and it does not appear that the district court has entered a written order regarding its oral decision. *See Div. of Child and Family Servs. v. Eighth Judicial Dist. Court,* 120 Nev. 445, 451, 92 P.3d 1239, 1243 (2004) (holding that "dispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). Thus, the notice of appeal was prematurely filed and this court lacks jurisdiction. *See* NRAP 4(a)(6) (providing that "[a] premature notice of appeal does not divest the district court of jurisdiction" and that this "court may dismiss as premature

19-17541

a notice of appeal filed after the oral pronouncement of a decision or order but before entry of the written judgment or order"). Accordingly, this court ORDERS this appeal DISMISSED.[1]

_____ , J.
Hardesty

_____ , J.
Stiglich

_____ , J.
Silver

cc:    Hon. Linda Marie Bell, Chief Judge
       Anthony R. Salazar
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

---

[1]If aggrieved, appellant may file a new notice of appeal once the district court enters a written order.